**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01656-CR

**SHENEQUA LICOLE BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59385-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 17, 2014, we ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Katherine Drew as appellant's new attorney. Accordingly, we **DIRECT** the Clerk to list Katherine Drew as appellant's appointed attorney of record.

We **ORDER** appellant to file her brief by **MARCH 14, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE